DAVID F. PALMER, Respondent, v. MISSOURI PACIFIC RAILWAY COMPANY, Appellant.

Kansas City Court of Appeals, April 5, 1886.

RAILROADS—DOUBLE DAMAGES UNDER SECTION 809 REVISED STATUTES— FAILURE OF PROOF—CASE ADJUDGED.—Where suit was brought for double damages, under section 809, Revised Statutes, before a justice of the peace of Sedalia township, for killing plaintiff's hogs in Smithton township, alleged to be adjoining Sedalia ; and there was failure to prove either that the killing was done in the township alleged ; or that that township adjoined Sedalia, the action cannot be maintained.

APPEAL from Pettis Circuit Court, HON. JOHN P. STROTHER, Judge.

*Reversed and remanded.*

The case is stated in the opinion.

THOMAS G. PORTIS, and WILLIAM S. SHIRK, with THOMAS J. PORTIS, for the appellants.

I. Defendant's objection to the introduction of any

evidence, and its motion in arrest of judgment should both have been sustained. The complaint does not allege that there was no fence, or that it was out of repair, *at the place where the hog got on* the right of way. No place is referred to as having an insufficient fence, except where the hogs *were killed*. *Elliot v. Railroad*, 22 Mo. App. ——; *Manz v. Railroad*, 86 Mo. ——. Nor is it alleged that the hogs were not killed within the corporate limits of some incorporated town. *Rowland v. Railroad*, 73 Mo. 619 ; *Schutte v. Railroad*, 76 Mo. 324 ; *Manz v. Railroad, supra.*

II.   There was no evidence that defendant's railroad runs through plaintiff's farm nor that the hogs were killed by defendant, or its employes ; nor that the hogs were killed in Smithton township ; nor that Smithton township was an adjoining township to Sedalia township, in which the action was brought. There was a *failure of proof* as to all these. *Mitchell v. Railroad*, 82 Mo. 106 ; *Backenstoe v. Railroad*, 22 Mo. App. ——.

No brief on file for respondent.

ELLISON, J.—This action was begun before a justice of the peace of Sedalia township, for killing plaintiff's hogs in Smithton township, alleged to be adjoining Sedalia. It is for double damages, under section 809, Revised Statutes. The plaintiff failed to prove the killing was done in Smithton township, or that that township adjoined Sedalia, as is alleged in his complaint. *Backenstoe v. Ry. Co.*, decided by this court July 6, 1885.

The judgment is reversed and the cause is remanded. All concur.